| | |
|---|---|
| **From:** | mlaux laux lawgroup. com |
| **To:** | "Jesi Feld" |
| **Cc:** | mikelaux@icloud. com; Jennifer Lind |
| **Subject:** | ***SUMMONSES FOR COL. HAGAR AND LT. DANIELS-PRINCE |
| **Date:** | Wednesday, August 12, 2026 11:58:00 AM |
| **Attachments:** | image001.pn<br>1 PF COMPLAINT FILED-PRINCE.pd f<br>SUMMONSES DFS STAMPED-PRINCE.pd f |
| **Importance:** | High |

---

Hello Jesi:

I hope you are well. I email in follow up to my call to you earlier today regarding the matter of *Prince v. Morphis, et al.*, 4:26-CV-531-DPM. As you may know, on May 22, 2026, Amanda Prince filed suit in the eastern district against Col. Mike Hagar, Lt. Marcus Daniels and former ASP trooper Christian Morphis(see attached complaint). I reach out to see if your office would accept service on these defendants or, at least, on behalf of Col. Hagar and Lt. Daniels. I also attach file-stamped summonses for them.

If these defendants wish to waive service for additional time to answer, I would be happy to facilitate that with you. Please let me know if you all can accept service and/or waive.

Thank you very much!

Mike

773-354-2129 cell

LAUX
LAW GROUP
400 W. Capitol Avenue
Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
www.lauxlawgroup.c om

# Exhibit 1