**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AMANDA PRINCE** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00531-DPM**

**MIKE A. HAGAR, et al.** **DEFENDANTS**

**NOTICE OF APPEARANCE**

I, Assistant Attorney General Julius J. Gerard, IV ("Jay"), enter my appearance as counsel for Defendant Mike A. Hagar. I certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: J. Gerard
Julius J. Gerard, IV (“Jay”), AR Bar 2017178
Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-3676
Fax: (501) 682-2591
Email: julius.gerard@arkansasag.gov
*Attorneys for Defendant Mike A. Hagar*