**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AMANDA PRINCE** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00531-DPM**

**MIKE A. HAGAR, et al.** **DEFENDANTS**

**MOTION TO DISMISS**

COMES NOW Defendant Mike A. Hagar, by and through his attorneys, Attorney General Tim Griffin and Assistant Attorney General Julius J. Gerard, IV ("Jay"), and for his Motion to Dismiss, states the following:

1. Plaintiff, Amanda Prince ("Prince") named ASP Director Mike Hagar ("Col. Hagar") as a defendant in her complaint, which is based on a traffic stop conducted by Former Trooper Christian Morphis. *See* Doc. 1.

2. However, there are no claims lodged against Col. Hagar.

3. There are no material factual allegations against Col. Hagar in the complaint, nor is Col. Hagar listed under any of the counts. *See* Doc. 1, pp. 16–19.

4. Plaintiff has failed to state a claim for which relief may be granted. Her lawsuit against Col. Hagar should be dismissed under Rules 8(a)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Mike A. Hagar respectfully requests that his Motion to Dismiss be granted, and that Plaintiff's lawsuit against him be dismissed with prejudice.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: J. Gerard
Julius J. Gerard, IV ("Jay"), AR Bar 2017178
Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-3676
Fax: (501) 682-2591
Email: julius.gerard@arkansasag.gov
*Attorneys for Defendant Mike A. Hagar*