IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMANDA PRINCE,
PLAINTIFF,
v.
CHRISTIAN WALKER MORPHIS, in his Individual Capacity, MARCUS DANIELS, in his Individual Capacity, and MIKE A. HAGAR, in his Official Capacity,
DEFENDANTS.

CASE NO. 4:26-cv-00531-DPM
JURY TRIAL DEMANDED

**ENTRY OF APPEARANCE**

Comes now Luther Oneal Sutter of the law firm of Sutter & Gillham, P.L.L.C., and hereby enters his appearance as counsel of record for Separate Defendant, Christian Walker Morphis, in the above-styled and numbered cause.

Undersigned counsel is admitted to practice before this Court and requests that he be added to the Court's CM/ECF service list and that copies of all pleadings, motions, orders, notices, correspondence, and other papers filed or served in this matter be directed to him at the address, telephone number, and electronic mail address set forth below. See Local Rule 5.5(c)(1).

Respectfully submitted,

CHRISTIAN WALKER MORPHIS, SEPARATE DEFENDANT

By: /s/ Luther Oneal Sutter
Luther Oneal Sutter, Ark. Bar No. 95-031
SUTTER & GILLHAM, P.L.L.C.
310 Natural Resources, Ste. 2
Little Rock, Arkansas 72205
(501) 315-1910 – telephone
luthersutter.law@gmail.com
Attorney for Separate Defendant Christian Walker Morphis