IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMANDA PRINCE,
PLAINTIFF,
v.
CHRISTIAN WALKER MORPHIS, in his Individual Capacity, MARCUS DANIELS, in his Individual Capacity, and MIKE A. HAGAR, in his Official Capacity,
DEFENDANTS.

CASE NO. 4:26-cv-00531-DPM
JURY TRIAL DEMANDED

**SEPARATE DEFENDANT CHRISTIAN WALKER MORPHIS'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), OR, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**

COMES NOW Separate Defendant, Christian Walker Morphis ("Morphis"), by and through his attorney, Luther Oneal Sutter of Sutter & Gillham, P.L.L.C., and, pursuant to Federal Rule of Civil Procedure 12(b)(6) and, because Morphis's Answer is being filed contemporaneously herewith, in the alternative pursuant to Federal Rule of Civil Procedure 12(c), moves this Court for an order dismissing, as against him, Count I (False Arrest), Count II (Substantive Due Process), Count III (Arkansas Civil Rights Act), and Count IV (Civil Conspiracy to Violate Constitutional Rights), for failure to state a claim upon which relief can be granted.

This Motion is made in the alternative to, and without waiver of, Morphis's Answer, filed contemporaneously herewith, in which he denies that he intentionally planted narcotics or fabricated evidence to incriminate Plaintiff. As set forth in the accompanying Brief, even accepting all of Plaintiff's factual allegations as true, Plaintiff's own Complaint alleges that Morphis arrested her for driving on a suspended license — an offense she "readily and truthfully admitted" committing, Compl. ¶ 11 — before any of the conduct she alleges was unlawful. That independently valid basis for the arrest forecloses each of Plaintiff's claims as a matter of law,

regardless of the disputed drug evidence. As to Count I, Morphis further contends, in the alternative, that he is entitled to qualified immunity, and that even if the claim survived, Plaintiff's recoverable damages would be limited as a matter of law to the period before legal process issued.

In support of this Motion, Morphis relies upon and incorporates by reference the Brief in Support of Separate Defendant Christian Walker Morphis's Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Separate Defendant Christian Walker Morphis respectfully requests that the Court dismiss Counts I through IV as against him, with prejudice; that, in the alternative as to Count I, the Court find that Morphis is entitled to qualified immunity or that any surviving claim is confined to damages incurred before legal process issued; and that the Court grant all other just and proper relief.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
310 Natural Resources Drive, Ste. 2
Little Rock, Arkansas 72205
(501) 315-1910 – Telephone
Counsel for Separate Defendant Christian Walker Morphis

By: /s/ Luther Oneal Sutter
Luther Oneal Sutter, Esq., ARBN 95-031
luther.sutterlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Luther Oneal Sutter
Luther Oneal Sutter