**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AMANDA PRINCE** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00531-DPM**

**MIKE A. HAGAR, et al.** **DEFENDANTS**

# MOTION TO DISMISS

COMES NOW Defendant Marcus Daniels, by and through his attorneys, Attorney General Tim Griffin and Assistant Attorney General Julius J. Gerard, IV ("Jay"), and for his Motion to Dismiss, states the following:

1. Plaintiff, Amanda Prince, named Lt. Marcus Daniels as a defendant in her complaint, which is based on a traffic stop conducted by Former Trooper Christian Morphis. *See* Doc. 1.

2. Lt. Daniels is a state employee being sued in his individual capacity (Doc. 1, p. 1); thus, he is eligible for the defense of qualified immunity. *See Pearson v. Callahan*, 555 U.S. 223, 231-32 (2009).

3. The “driving force” behind qualified immunity is to resolve insubstantial claims against government officials prior to discovery. *Pearson*, at 231-32. The U.S. Supreme Court has “repeatedly stressed the importance of resolving immunity questions at the earliest possible stage in litigation.” *Id*. at 232 (quoting *Hunter v. Bryant*, 502 U.S. 224, 227 (1991)).

4. Prince has failed to state a claim for which relief can be granted. Therefore, Lt. Daniels should be dismissed from this lawsuit under qualified immunity and Fed. R. Civ. P. 12(b)(6).

5. A brief in support will be filed contemporaneously with this motion.

WHEREFORE, Defendant Marcus Daniels respectfully requests that his Motion to Dismiss be granted, and that Plaintiff's lawsuit against him be dismissed with prejudice.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: J. Gerard
______________________________
Julius J. Gerard, IV ("Jay"), AR Bar 2017178
Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-3676
Fax: (501) 682-2591
Email: julius.gerard@arkansasag.gov
*Attorneys for Defendant*